In the Matter of MARIE A. MCNAMARA et al., Appellants, v. THOMAS F. MCCOY, as State Administrator of the Administrative Board of the Judicial Conference, et al., Respondents, and JOHN MATUSOFF et al., Intervenors-Respondents.—

Staley, Jr., J. P., Greenblott, Cooke, Sweeney and Simons, JJ., concur.